MACMILLAN, APPELLANT, *v.* FLOW POLYMERS, INC. ET AL., APPELLEES.

[Cite as *MacMillan v. Flow Polymers, Inc.,*
105 Ohio St.3d 1217, 2005-Ohio-1653.]

1218

(No. 2004–0757—Submitted March 9, 2005—Decided April 20, 2005.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

Lester S. Potash, for appellant.

Calfee, Halter & Griswold, L.L.P., John R. Cernelich, and Daniel P. Petrov, for appellee Flow Polymers, Inc.

Jim Petro, Attorney General, Douglas R. Cole, State Solicitor, Stephen P. Carney, Senior Deputy Solicitor, and Charlett Bundy, Assistant Attorney General, for appellee Ohio Department of Job and Family Services.